Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES RUTHERFORD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CVRC COMPANY LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-01510-GW-SHK<br><br>Hon. John W. Holcomb<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: July 28, 2020<br><br>Trial Date: None Set |

NOTICE OF SETTLEMENT

1  The Plaintiff hereby notifies the Court that a global settlement has been
2  reached in the above-captioned case and the Parties would like to avoid any
3  additional expense, and to further the interests of judicial economy.
4  The plaintiff, therefore, applies to this Honorable Court to vacate all currently
5  set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
6  parties, will be filed within 45 days.

Dated: October 1, 2020                          **MANNING LAW, APC**

                                    By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                          Joseph R. Manning, Jr., Esq.
                                          Attorneys for Plaintiff
                                          James Rutherford

NOTICE OF SETTLEMENT