# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-1510-GW-SHKx | Date | October 5, 2020 |
|---|---|---|---|
| Title | *James Rutherford v. The CVRC Company LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 1, 2020, Plaintiff James Rutherford filed a Notice of Settlement. The Court vacates all deadlines and sets an order to show cause re settlement hearing for November 16, 2020 at 8:30 a.m. Parties are advised the hearing will be vacated provided a dismissal is filed by noon on November 12, 2020.

|  | : |
|---|---|
| Initials of Preparer | JG |